**P- SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No.   EDCV 01-00979-VAP(SGLx)                              Date  June 28, 2002

Title     SECURITIES AND EXCHANGE COMMISSION -v- JOHN C WILLY, JR
==================================================================
PRESENT.   HONORABLE VIRGINIA A PHILLIPS, U S DISTRICT JUDGE

    Rachel Ingram                                Maria Beesley
    Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS

    Karen Matteson                           No Appearance

PROCEEDINGS    Plaintiff's Motion for Summary Judgment [filed 5/3/02]

    Matter held and adjourned   Court directs plaintiff's counsel to file a supplemental brief no later than July 3, 2002   Formal Order to follow



ENTER ON ICMS
JUN 28 2002

MINUTES FORM 90                                Initials of Deputy Clerk RI
CIVIL -- GEN              Page 1